# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME LOAN NETWORK CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>STEWART TITLE OF CALIFORNIA, INC. et al.,<br><br>Defendants. | CASE NO. 10 CV 0666 MMA (POR)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 23] |

On December 1, 2010, Plaintiff Home Loan Network Corporation and Defendant Stewart Title of California, Inc. submitted a Joint Motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), requesting that the Court dismiss the above-captioned action with prejudice. Having considered the parties' Joint Motion, and good cause appearing therefore, the Court hereby **GRANTS** the Joint Motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendant is dismissed with prejudice. The Clerk of Court is instructed to terminate this case.

**IT IS SO ORDERED.**

DATED: December 2, 2010

_____
Hon. Michael M. Anello
United States District Judge